## Commonwealth *v.* State Treasurer, Appellant (No. 2).

Argued December 12, 1922. Appeals, Nos. 19, 20 and 21, March T., 1923, by defendant, from orders of Q. S. Dauphin County Sept. Sessions, 1922, No. 243, in the case of Commonwealth of Pennsylvania v. Harmon M. Kephart. Before PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Appeals quashed.

OPINION BY PORTER, J., March 2, 1923:

These several appeals are from interlocutory orders of the court below. In an opinion this day filed, in the Appeal No. 19, March Term, 1923, by this defendant, we have considered the question of the right of a defendant to appeal from an order of this character and have held that such an appeal could not be maintained. We do not deem it necessary to add anything to what we there said.

The appeals, Nos. 19, 20 and 21, March Term, 1923, are quashed, and the records remitted for further proceedings.